IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN MAURICE CAMPBELL,<br><br>　　Movant,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Respondent.<br>_____/ | No. C 11-00073 CW<br>　　CR 09-00640 cw<br><br>ORDER GRANTING<br>MOVANT'S MOTION<br>FOR AN EXTENSION<br>OF TIME TO FILE<br>TRAVERSE<br>(DOCKET NO. 67) |

　　Movant Marvin Maurice Campbell, an inmate at the Federal Corrections Institution in Herlong, California, moves for a thirty day extension of time to file a traverse in his section 2255 motion. For good cause appearing, the motion is granted. Movant shall file his traverse within thirty days from the date of this order.

　　IT IS SO ORDERED.

Dated: 12/6/2011

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge